STATE OF MINNESOTA

IN SUPREME COURT

A14-1281

In re Petition for Disciplinary Action against
Rebecca Lee Lawler, a Minnesota Attorney,
Registration No. 387496.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action seeking reciprocal discipline under Rule 12(d), Rules on Lawyers Professional Responsibility (RLPR), based on an opinion of the North Dakota Supreme Court disbarring respondent Rebecca Lee Lawler. *See In re Lawler*, 847 N.W.2d 127, 127 (N.D. 2014). The North Dakota disbarment was based on respondent misappropriating client funds, neglecting client matters, failing to communicate with clients, and removing funds from her father's estate and charging her father's credit card for her own personal use while she was the personal representative of her father's estate. *Id.* at 127-29. Respondent's conduct violated Rules 1.3, 1.4, 1.15(a) and (c), and 8.4(b) and (c) of the North Dakota Rules of Professional Conduct, and Rule 1.2(A)(2) of the North Dakota Rules for Lawyer Discipline. *In re Lawler*, 847 N.W.2d at 129-30.

The Director and respondent have entered into a stipulation in which respondent admits the allegations in the petition for disciplinary action and waives her rights under Rule 12(d), RLPR. The parties jointly recommend that the appropriate discipline is disbarment.

1

The court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Respondent Rebecca Lee Lawler is disbarred;

2.  Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals); and

3.  Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: September 9, 2014

BY THE COURT:

Alan C. Page
Associate Justice